Deters, J., concurring in part and dissenting in part.
 

 {¶ 17} I concur with the majority in affirming the common pleas court's judgments overruling Ingels's 2016 motions. But I dissent from this court's order remanding for resentencing on the kidnapping offenses charged in counts one and three of the indictment in the case numbered B-9800321. I would not overrule our decision in
 
 State v. Ingles
 
 , 1st Dist. Hamilton No. C-100297,
 
 2011-Ohio-2901
 
 ,
 
 2011 WL 2436654
 
 , but would, instead, follow the law of that case and affirm the dismissal of Ingels's 2016 motion on the ground that the claimed error did not render his sentences void.
 
 See
 

 State v. Ingl
 

 e
 

 s
 
 , 1st Dist. Hamilton Nos. C-160295, C-160303 and C-160304;
 
 State v. Ingles,
 
 1st Dist. Hamilton No. C-120238,
 
 2013-Ohio-1460
 
 ,
 
 2013 WL 1501520
 
 ;
 
 State v. Ingl
 

 e
 

 s
 
 , 1st Dist. Hamilton No. C-120052 (Dec. 7, 2012).